NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARIO ROSALES TREJO,
DOC #Y27679,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D15-3006

Opinion filed December 5, 2018.

Appeal from the Circuit Court for Collier
County; Lauren L. Brodie, Judge.

Howard L. Dimmig, II, Public Defender,
and Steven G. Mason, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


        Affirmed.


SILBERMAN, MORRIS, and BADALAMENTI, JJ., Concur.